**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable William B. Shubb
Senior United States District Judge
Sacramento, California

                        RE:   Moses EDEM
                                 Docket Number:   2:05CR00012-01
                                 **PERMISSION TO TRAVEL
                                 <u>OUTSIDE THE COUNTRY</u>**

Your Honor:

Mr. Edem has been supervised by the Central District of California since he was granted probation on February 11, 2008. He is in compliance with the terms and conditions of his probation, except for payment of his restitution. On November 20, 2008, the Court approved a modification of probation for a reduction of monthly restitution payments. The amount reflects his current ability to pay. Presently, he is making sporadic payments toward his restitution obligations as his finances allow. He has paid a total of $1,550.00 toward the $50,000.00 restitution ordered. His last payment was on May 4, 2009 for $150.00.

The probationer is requesting permission to travel to Nigeria to attend his brothers funeral. The undersigned empathizes with Mr. Edem's loss. However, the recent violation makes it difficult to fully endorse a request for international travel. Should Mr. Edem be allowed to travel to Nigeria, there is no viable way to supervise him. Further, the expenses incurred while traveling may impact his ability to pay restitution as directed. Based on the above, the undersigned recommends the travel request be denied.

**Conviction and Sentencing Date:** On February 11, 2008, Mr. Edem was sentenced for the offense(s) of 18 USC 1347 and 2 - Health Care Fraud and Aiding and Abetting.

**Sentence imposed:** 60 months probation; $100 special assessment; $50,000 restitution. Special conditions include: Search; Financial disclosure; Not incur new credit charges; Home detention for 180 consecutive days; Submit to collection of DNA.

**RE:** Moses EDEM
      Docket Number: 2:05CR00012-01
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Dates and Mode of Travel:** June 18, 2009 to July 20, 2009 through airline.

**Purpose:** Mr. Edem's brother passed away on April 15, 2009, as a result of complications associated with Hepatitis C infection which resulted in kidney failure. He would like to attend his brother funeral scheduled for June 24, 2009.

                        Respectfully Submitted,

                        /s/Toni M. Ortiz
                        **TONI M. ORTIZ**
                        **United States Probation Officer**

**DATED:**    May 21, 2009
                Sacramento, California
                TMO/cp

**REVIEWED BY:**   /s/John A. Poglinco for
                           **KYRIACOS M. SIMONIDIS**
                           **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved

**Date: May 22, 2009**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE